IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Jermaine L. Gore, ) | |
| ) | C.A. No.: 9:08-01806-RBH |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| The Conway Police Department; Mayor ) | |
| Gregory K. Martin; Captain L. Ronnie ) | |
| Sessions; Chief of Police, R.E. Gosnell; ) | |
| Tyrone Williams; Det. M. Johnson; Shift ) | |
| Supervisor, Eddie Scott; Sgt F Addison; ) | |
| Officer NFN Workman, and Judge Andy ) | |
| Hendricks, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge George C. Kosko, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

1

No objections were filed to the Report and Recommendation. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts Magistrate Judge Kosko's Report and Recommendation and incorporates it herein. It is therefore

**ORDERED** that this court partially dismisses the complaint and amended complaint without prejudice and without issuance and service of process as to Defendants City of Conway Police Department and Judge Andy Hendricks **ONLY**. The complaint and amended complaint are to be served on the remaining defendants.

**IT IS SO ORDERED.**

                                             S/ R. Bryan Harwell
                                             R. Bryan Harwell
                                             United States District Judge

Florence, South Carolina
June 26, 2008